# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Christopher C. Jehlicka                                  Docket No. 5:10-M-1026-1

### Petition for Action on Probation

. COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher C. Jehlicka, who, upon an earlier plea of guilty (by waiver) to Driving While Impaired (Level 5), in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, and Careless and Reckless Driving, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-140, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on March 9, 2011, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As the defendant is a resident of Maine, supervision was immediately transferred to the District of Maine. According to the supervision officer, the defendant described himself as a binge drinker and suffers from blackouts. He also admitted that he used marijuana in the recent past in an attempt to cope with Post Traumatic Stress Disorder. He further advised the officer that he has feelings of extreme paranoia and stated that when he feels threatened, he goes into "kill mode." In order to address these issues of substance abuse and mental health, the probation officer is respectfully requesting a modification of his conditions of probation to include drug aftercare, alcohol abstinence, and mental health treatment. Additionally, it is requested that transfer of jurisdiction proceedings be initiated in order to better address any future violations, should same occur. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher C. Jehlicka
Docket No. 5:10-M-1026-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in mental health treatment, as directed by the supervising officer, until released from the program by the supervising officer. The defendant shall pay/co-pay for the services during such treatment, to the supervising officer's satisfaction.

2. The defendant shall comply with the medication program prescribed by a licensed medical practitioner; and shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if the defendant has used drugs or intoxicants.

3. The defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120 tests per calendar year thereafter, as directed by the supervising officer. The defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction.

4. The defendant shall not obstruct or tamper, or try to obstruct or tamper in any way, with any tests.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street, Fayetteville, NC |
| | Phone: (910) 483-8613 |
| | Executed On: April 1, 2011 |

### ORDER OF COURT

Considered and ordered this 1 day of April, 2011, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge